Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OMEROS CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCYNEXIS, INC., a Delaware corporation,<br><br>Defendant. | No. 2:12-cv-01311-JCC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: October 17, 2013 |

**STIPULATED MOTION**

Plaintiff Omeros Corporation and defendant Scynexis, Inc. stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the above-entitled action may be dismissed with prejudice and without costs to any party.

//

//

//

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No. 2:12-cv-01311-JCC – Page 1

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800 F 206.516.3888

DATED October 17, 2013.

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

*/s/ Seann C. Colgan*
William F. Cronin, WSBA No. 8667
Seann C. Colgan, WSBA No. 38769
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Tel: (206) 625-8600
Fax: (206) 625-0900
Email: wcronin@corrcronin.com
scolgan@corrcronin.com,

*Attorneys for Plaintiff Omeros Corporation*

YARMUTH WILSDON PLLC

*/s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
Julia D. Woog, WSBA No. 42810
818 Stewart Street, Suite 1400
Seattle, WA 98101
Tel: (206) 516-3800
Fax: (206) 516-3888
Email: jroller@yarmuth.com
jwoog@yarmuth.com

*Attorneys for Defendant Scynexis, Inc.*

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE
No. 2:12-cv-01311-JCC – Page 2

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800 F 206.516.3888

**[PROPOSED] ORDER OF DISMISSAL**

Plaintiff Omeros Corporation and defendant Scynexis, Inc. having resolved all disputes raised herein and having stipulated to the entry of an order of dismissal,

IT IS HEREBY ORDERED that all claims raised herein be dismissed with prejudice and without an award of attorney's fees or costs to any party.

DATED this ___ day of _______________, 2013.

______________________________________
Honorable John C. Coughenour
United States District Judge

Presented by:

YARMUTH WILSDON PLLC

*/s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
Julia D. Woog, WSBA No. 42810
818 Stewart Street, Suite 1400
Seattle, WA 98101
Tel: (206) 516-3800
Fax: (206) 516-3888
Email: jroller@yarmuth.com
jwoog@yarmuth.com

*Attorneys for Defendant Scynexis, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No. 2:12-cv-01311-JCC – Page 3

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800 F 206.516.3888

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

William F. Cronin
Seann C. Colgan
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
wcronin@corrcronin.com
scolgan@corrcronin.com

**Attorneys for Plaintiff**

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: October 17, 2013, at Seattle, Washington.

*s/Sue Stephens*
Sue Stephens, Legal Assistant

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800 F 206.516.3888